IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| REYNOLD BOTELHO, et al., | ) | CIVIL 06-00096DAE-BMK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION

A Finding and Recommendation having been filed and served on all parties on March 20, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDING AND RECOMMENDATION THAT PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT IN ACCORDANCE WITH STIPULATED SETTLEMENT AGREEMENT BE GRANTED IN PART AND DENIED IN PART," Document No. [68], are adopted as the opinion and order of this Court.

IT IS SO ORDERED. Dated: Honolulu, Hawaii, April 10, 2009

_____
David Alan Ezra
United States District Judge